# **SCHEDULE A**

**REDACTED IN FULL**