IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| QIAOXI MA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No. 1:25-cv- 2284  (PTG/LRV) |

## NOTICE OF HEARING

PLEASE BE ADVISED THAT on January 9, 2026 at 10:00 A.M., or as soon thereafter as counsel may be heard, Plaintiff Qiaoxi Ma. will move this Court for entry of a Temporary Restraining Order in accordance with the accompanying motion and memorandum.

Date: December 15, 2025

Respectfully submitted,

　/s/　Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice pending*)
jzito@dnlzito.com
Tel. (202) 466-3500
Tel. (202) 763-5086
DNL ZITO
1250 Connecticut Avenue, NW
Ste. 700
Washington, DC 20036
*Attorneys for Plaintiff*